Daniel L. Goodkin (SBN 131347)
E-mail: dgoodkin@goodkinlynch.com
Marshal P. Wilke (SBN 265474)
E-mail: mwilke@goodkinlynch.com
GOODKIN & LYNCH LLP
18975 Century Park East, Suite 1860
Los Angeles, California 90067
Telephone: (310) 552-3322
Facsimile: (310) 943-1589

Philip A. Jones (Illinois Bar Number 6217213)
E-mail: pjones@brinkshofer.com
Andrew J. Avsec (Illinois Bar Number 6292313)
E-mail: aavsec@brinkshofer.com
BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiffs GRUPO BIMBO S.A. B. DE C.V.; and BARCEL USA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRUPO BIMBO, S.A. B. DE C.V., BARCEL USA, LLC<br><br>Plaintiff,<br><br>v.<br><br>SNAK-KING, CORP., and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST,<br><br>Defendant. | Civ. Action No. CV13-02147<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Information:<br>Date:   June 3, 2013<br>Time:   10:00 a.m.<br>Dept.:   680 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

1  This matter is before the Court on Plaintiffs' Motion for a Preliminary
2  Injunction.  In their Complaint, Plaintiffs allege that Defendants have, *inter alia*,
3  infringed the TAKIS Mark, TAKIS Trade Dress and TAKIS Product Configuration,
4  and unfairly competed with Plaintiffs by selling corn snacks under the TACO-LITOS
5  mark, TACO-LITOS packaging, and a shape virtually identical to the TAKIS Product
6  Configuration ("TACO-LITOS Product Configuration").
7  This Court has fully considered the evidence of the parties, arguments of
8  counsel, Plaintiffs' Motion for a Preliminary Injunction, Plaintiffs' Memorandum of
9  Law and the Declarations and Exhibits submitted therewith, Plaintiffs' Complaint, and
10  any oppositions, documents and declarations, if any, submitted by Defendants, and
11  Plaintiffs' reply brief.

**THIS COURT FINDSTHAT:**

1. Plaintiffs are likely to succeed on the merits of their trademark infringement and unfair competition claims;
2. Plaintiffs are suffering and will continue to suffer immediate and irreparable harm without the Preliminary Injunction;
3. The balance of hardships supports the issuance of the Preliminary Injunction;
4. The public interest favors the issuance of the Preliminary Injunction; and
5. Plaintiffs have shown serious questions going to the merits and the balance of hardships tips sharply towards Plaintiffs.

**It is therefore ORDERED, ADJUDGED AND DECREED THAT:**

1. This Court has jurisdiction over the subject matter and over the parties to this action.
2. Defendants and each of their officers, directors, owners, agents, representatives, servants, employees, attorneys, and those persons under Defendants' control or in active concert or participation with Defendants, are hereby preliminarily enjoined and restrained from:

  a. Advertising, promoting, marketing, distributing, producing or selling any products that use the TACO-LITOS mark, or any other mark or trade name which is likely to cause confusion with the TAKIS Mark;

  b. Advertising, promoting, marketing, distributing, producing or selling any products that use the TACO-LITOS packaging, in any of its forms or any other packaging or trade dress which is likely to cause confusion with the TAKIS Trade Dress;

  c. Advertising, promoting, marketing, distributing, producing or selling any products that use the TAKIS Product Configuration or any other product shape that is confusingly similar to the TAKIS Product Configuration;

  d. Doing any other act or thing likely to induce the mistaken belief that Defendants' corn snack products, or any other products or services are in any way affiliated, connected or associated with Plaintiffs or their services or other products, or that otherwise would damage Plaintiffs' goodwill and reputation;

  e. Infringing in any manner the TAKIS Mark, TAKIS Trade Dress or TAKIS Product Configuration;

  f. Unfairly competing with Plaintiffs in any manner whatsoever; or

  g. Causing a likelihood of confusion with respect to the TAKIS Trade Dress, TAKIS Mark or TAKIS Product Configuration, or injury to the business reputation of Plaintiffs.

3. Defendants are directed to remove from any website owned, operated or controlled by either Defendant all text, graphics or images showing, describing or referring to TACO-LITOS, the TACO-LITOS packaging or products in the TAKIS Product Configuration.

4. Defendants are directed to file with the Court and serve upon Plaintiffs within fourteen (14) days after issuance of this Order, a report in writing and under oath setting forth in detail the manner and form in which they have complied with the injunction.

5. Plaintiffs shall post a bond in the sum of $_____ as security for the issuance of this Preliminary Injunction.

ENTERED:

_____
United States District Court Judge