Morgan Chu (Bar No. 70446)
Jonathan S. Kagan (Bar No. 166039)
IRELL & MANELLA LLP
1800 Avenue of the Stars, 9th Fl, Los Angeles, CA 90067
Tel: (310) 277-1010; Attys for Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRUPO BIMBO, S.A.. B. DE C.V.; and BARCEL USA, LLC<br><br>PLAINTIFF(S)<br>v.<br>SNAK-KING CORP. and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE TRUST<br>DEFENDANT(S). | CASE NUMBER:<br>CV13-02147 ABC (VBKx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (LIST DOCUMENTS):

See Addendum attached.

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
- ☐ Other

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required ( *reason* ):

May 30, 2013                                           /s/ Jonathan S. Kagan
Date                                                   Attorney Name

                                                       Defendants Snak-King and Trustee of Family Trust
                                                       Party Represented

Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)                           NOTICE OF MANUAL FILING