```
IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Jonathan S. Kagan (166039) (jkagan@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

DAVIS WRIGHT TREMAINE LLP
Sean M. Sullivan (229104) (seansullivan@dwt.com)
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

DAVIS WRIGHT TREMAINE LLP
Cindy L. Caditz (Pro Hac Vice) (cindycaditz@dwt.com)
Matthew E. Moersfelder (Pro Hac Vice) (mmoersfelder@dwt.com)
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Facsimile: (206) 757-7201
```

*Attorneys for Defendants and Counterclaimants*
SNAK-KING CORP. and THE TRUSTEE OF
THE LEVIN FAMILY 2010 IRREVOCABLE
GIFT TRUST



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRUPO BIMBO, S.A. B. DE C.V.; and BARCEL USA, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>SNAK-KING CORP., and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE TRUST,<br><br>    Defendants. | **Case No. CV13-02147 ABC (VBKx)**<br><br>**DEFENDANTS' APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rule 79-5, Defendants Snak-King Corp. and the Trustee of the Levin Family 2010 Irrevocable Trust ("Snak King" or "Defendants"), through their counsel, respectfully submit this application for an order permitting it to file under seal (1) Defendants' Supplemental Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Preliminary Injunction, and (2) the Supplemental Declaration of Cindy L. Caditz in Support of Defendants' Supplemental Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Preliminary Injunction, and exhibits filed therewith. Snak King makes this request because these documents refer to or contain a Transaction Agreement between Grupo Bimbo S.A.B. de C.V. and Pepsico, Inc., which Plaintiffs have designated "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY."

Snak King submits this application as the party wishing to file the documents described above, in response to this Court's Order, dated June 12, 2013. Snak King takes no position on whether the Transaction Agreement designated as "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" by Plaintiffs satisfies the requirements for sealing. Snak King makes this request is narrowly tailored to allow it to file these documents; it is Plaintiffs' burden to show good cause for sealing its own documents. *See* Civil L.R. 79-5.

| | |
|---|---|
| 1   Dated: June 19, 2013 | Respectfully submitted, |
| 2 | IRELL & MANELLA LLP<br>Morgan Chu |
| 3 | Jonathan S. Kagan |

By: *(signature)* Morgan Chu

DAVIS WRIGHT TREMAINE LLP
Sean M. Sullivan
Cindy L. Caditz
Matthew E. Moersfelder

Attorneys for Defendants and Counterclaimants SNAK-KING CORP. and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST