```
IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Jonathan S. Kagan (166039) (jkagan@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

DAVIS WRIGHT TREMAINE LLP
Sean M. Sullivan (229104) (seansullivan@dwt.com)
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone:   (213) 633-6800
Facsimile:    (213) 633-6899

DAVIS WRIGHT TREMAINE LLP
Cindy L. Caditz (*Pro Hac Vice*) (cindycaditz@dwt.com)
Matthew E. Moersfelder (*Pro Hac Vice*) (mmoersfelder@dwt.com)
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone:   (206) 622-3150
Facsimile:    (206) 757-7201
```

*Attorneys for Defendants and Counterclaimants*
SNAK-KING CORP. and THE TRUSTEE OF
THE LEVIN FAMILY 2010 IRREVOCABLE
GIFT TRUST



FILED
CLERK, U.S. DISTRICT COURT
JUN 19 2013
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRUPO BIMBO, S.A. B. DE C.V.; and BARCEL USA, LLC,<br><br>   Plaintiffs,<br><br>   vs.<br><br>SNAK-KING CORP.; and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE TRUST,<br><br>   Defendants. | Case No. CV13-02147 ABC (VBKx)<br><br>DECLARATION OF SERVICE OF DEFENDANTS' SUPPLEMENTAL MEMO OF POINTS AND AUTHORITIES FILED UNDER SEAL AND RELATED DOCUMENTS |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2824231

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On June 19, 2013, I served the foregoing documents described as

1. **NOTICE OF MANUAL FILING**
2. **DEFENDANTS' APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5**
3. **[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5**
4. **DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [PROVISIONALLY FILED UNDER SEAL]**
5. **DECLARATION OF CINDY L. CADITZ IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [PROVISIONALLY FILED UNDER SEAL]**
6. **DECLARATION OF SERVICEOF DEFENDANTS' SUPPLEMENTAL MEMO OF POINTS AND AUTHORITIES FILED UNDER SEAL AND RELATED DOCUMENTS**

on each interested party, as follows:

Daniel L. Goodkin
GOODKIN & LYNCH LLP
1875 Century Park East, Suite 1860
Los Angeles, California 90067

Marshal P. Wilke
GOODKIN & LYNCH LLP
1875 Century Park East, Suite 1860
Los Angeles, California 90067

Andrew J. Avsec & Philip Jones
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
9455 N. Cityfront Plaza Drive
Chicago, Illinois 60611

1  [X]  **(BY OVERNIGHT DELIVERY SERVICE)** I served the foregoing document by FedEx, an express service carrier which provides overnight delivery, as follows. I placed a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed, as set forth above, with fees for overnight delivery paid or provided for.

[X]  **(BOX DEPOSIT)** I deposited such envelopes or packages in a box or other facility regularly maintained by the express service carrier.

Executed on June 19, 2013, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____Lisa M. Siegel_____              _____/s/ Lisa M. Siegel_____
(Type or print name)                                                      (Signature)

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2824231

CERTIFICATE OF SERVICE OF DEFENDANTS'
SUPPLEMENTAL BRIEF FILED UNDER SEAL
Case No. CV13-02147 ABC (VBKx)