IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Jonathan S. Kagan (166039) (jkagan@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

DAVIS WRIGHT TREMAINE LLP
Sean M. Sullivan (229104) (seansullivan@dwt.com)
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

DAVIS WRIGHT TREMAINE LLP
Cindy L. Caditz (*Pro Hac Vice*) (cindycaditz@dwt.com)
Matthew E. Moersfelder (*Pro Hac Vice*) (mmoersfelder@dwt.com)
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Facsimile: (206) 757-7201

*Attorneys for Defendants and Counterclaimants*
SNAK-KING CORP. and THE TRUSTEE OF
THE LEVIN FAMILY 2010 IRREVOCABLE
GIFT TRUST



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRUPO BIMBO, S.A. B. DE C.V.; and BARCEL USA, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SNAK-KING CORP., and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE TRUST,<br><br>Defendants. | Case No. CV13-02147 ABC (VBKx)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 |

The Court, having considered Defendants Snak-King Corp. and the Trustee of the Levin Family 2010 Irrevocable Trust's Application to File Under Seal Pursuant to Local Rule 79-5, dated June 19, 2013,

HEREBY ORDERS THAT:

Based on the reasons set forth therein, the application is GRANTED. Defendants are permitted the following documents under seal:

1. Defendants' Supplemental Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Preliminary Injunction; and

2. Supplemental Declaration of Cindy L. Caditz In Support of Defendants' Supplemental Memorandum of Points and Authorities In Opposition to Plaintiffs' Motion for Preliminary Injunction, and exhibits filed therewith.

**IT IS SO ORDERED.**

Dated: June 20, 2013

Hon. Audrey B. Collins
United States District Judge