| | |
|---|---|
| 1 | Kurt A. Dreibholz, SBN 212779 |
| 2 | Megan S. Wynne, SBN 183707<br>**MORRIS POLICH & PURDY LLP**<br>1055 W. Seventh Street, 24th Floor |
| 3 | Los Angeles, California 90017<br>Phone:  (213) 891-9100 |
| 4 | Fax:    (213) 488-1178<br>Email:  kdreibholz@mpplaw.com |
| 5 | Email:  mwynne@mpplaw.com |
| 6 | Gerald P. Schneeweis, SBN 101331<br>**MORRIS POLICH & PURDY LLP** |
| 7 | 600 West Broadway, Ste. 500<br>San Diego, California 92101 |
| 8 | Phone:  (619) 557-0404 / Fax:  (619) 557-0460<br>Email:  gschneeweis@mpplaw.com |
| 9 | Philip Jones (Illinois Bar Number 6217213; admitted *pro hac vice*) |
| 10 | Andrew J. Avsec (Illinois Bar Number 6292313; admitted *pro hac vice*)<br>**BRINKS GILSON & LIONE** |
| 11 | NBC Tower - Suite 3600<br>455 N. Cityfront Plaza Drive |
| 12 | Chicago, Illinois 60611<br>Phone:  (312) 321-4200 / Fax:  (312) 321-4299 |
| 13 | Email:  pjones@brinksgilson.com<br>Email:  aavsec@brinksgilson.com |
| 14 | Attorneys for Plaintiffs GRUPO BIMBO |
| 15 | S.A.B. DE C.V.; and BARCEL USA, LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRUPO BIMBO, S.A. B. DE C.V.; and BARCEL USA, LLC, | CASE NO.  2:13-CV-02147-ABC (VBKx) |
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER RE STIPULATION AND PROTECTIVE ORDER** |
| SNAK-KING CORP.; and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST | |
| Defendants. | |

1

| | |
|---|---|
| SNAK-KING CORP.; and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST,<br><br>Counterclaim-Plaintiffs,<br><br>vs.<br><br>GRUPO BIMBO,.., S.A. B. DE C.V.; and BARCEL USA, LLC,<br><br>Counterclaim-Defendants. | Courtroom: Room 680, Edward R. Roybal Federal Building and United States Courthouse<br><br><br><br>Action Filed March 25, 2013 |

# ORDER

Having considered the Stipulation and Protective Order, and with good cause appearing, the Court hereby adopts the parties' Stipulation and Protective Order as the order of the Court in this matter.

IT IS SO ORDERED.

Dated:   January 31, 2014

_____/s/_____
Honorable Victor B. Kenton
United States Magistrate Judge

2
[PROPOSED] ORDER RE STIPULATION AND PROTECTIVE ORDER