Raina L. Richter, SBN 239357
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street
Twenty-Fourth Floor
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
Email: rrichter@mpplaw.com

Gerald P. Scheneeweis, SBN 101331
Megan S. Wynne, SBN 183707
**MORRIS POLICH & PURDY LLP**
600 West Broadway, Ste. 500
San Diego, CA 92101
Telephone: (619) 577-0404
Facsimile: (619) 557-0460
Email: gschneeweis@mpplaw.com
Email: mwynne@mpplaw.com

Philip Jones (Illinois Bar Number 6217213; *admitted pro hac vice*)
E-mail: pjones@brinksgilson.com
Andrew J. Avsec (Illinois Bar Number 6292313; *admitted pro hac vice*)
E-mail: AAvsec@brinksgilson.com
**BRINKS GILSON & LIONE**
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiffs GRUPO BIMBO S.A. B. DE C.V.; and BARCEL USA, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**CENTRAL DIVISION**

| | |
|---|---|
| GRUPO BIMBO, S.A. B. DE C.V.; and BARCEL USA, LLC,<br><br>      Plaintiffs,<br><br>      vs.<br><br>SNAK-KING CORP.; and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST<br><br>      Defendants. | Case No.2:13-cv-02147-ABC (VBKx)<br><br>[~~**PROPOSED**~~]<br>**ORDER RE AMENDED STIPULATED PROTECTIVE ORDER** |

ORDER RE AMENDED STIPULATED PROTECTIVE ORDER – 1

DWT 23730912v1 0091258-000184

**ORDER**

Having considered the Amended Stipulated Protective Order, and with good cause appearing, the Court hereby adopts the parties' Amended Stipulated Protective Order as the order of the Court in this matter.

IT IS SO ORDERED.

Dated: March _19_, 2014

/s/<br>
Honorable Victor B. Kenton<br>
United States Magistrate Judge

ORDER RE AMENDED STIPULATED PROTECTIVE ORDER – 2
DWT 23730912v1 0091258-000184