Gerald P. Schneeweis, SBN 101331 (*gschneeweis@mpplaw.com*)
**MORRIS POLICH & PURDY LLP**
600 West Broadway, Suite 500
San Diego, California 92101
TelePhone: (619) 557-0404 / Facsimile: (619) 557-0460

Donald L. Ridge, SBN 132171 (*dridge@mpplaw.com*)
Raina L. Richter, SBN 239357 (*rrichter@mpplaw.com*)
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street
Twenty-Fourth Floor
Los Angeles, California 90017
Telephone: (213) 891-9100 / Facsimile: (213) 488-1178

Philip Jones (*pjones@brinksgilson.com* (*Pro Hac Vice*)
Robert S. Mallin (*rmallin@brinksgilson.com*) (*Pro Hac Vice*)
Andrew J. Avsec (*aavsec@brinksgilson.com*) (*Pro Hac Vice*)
Dawn M. David (*ddavid@brinksgilson.com*) (*Pro Hac Vice*)
**BRINKS GILSON & LIONE**
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200 / Facsimile: (312) 321-4299

*Attorneys for Plaintiffs GRUPO BIMBO S.A.B. DE C.V.; and BARCEL USA, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRUPO BIMBO, S.A. B. DE C.V.; and BARCEL USA, LLC, <br><br>Plaintiffs,<br><br>vs.<br><br>SNAK-KING CORP.; and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST<br><br>Defendants. | CASE NO. 13-CV-02147-ABC (VBKx)<br><br>**PLAINTIFFS' NOTICE OF MOTION TO COMPEL INTERROGATORY RESPONSES**<br><br>Judge: Hon. Victor B. Kenton<br>U.S. Magistrate Judge<br>Hearing Date: May 6, 2014<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom 590 |
| AND ALL RELATED CROSS CLAIMS. | Pre-Trial Conf.: December 15, 2014<br>Trial Date: January 13, 2015<br>Discovery Cut-Off: April 30, 2014<br><br>Action Filed:    March 25, 2013 |

1

**PLEASE TAKE NOTICE** that, on Tuesday, May 6, 2014 at 10:00 a.m. or as soon thereafter that counsel may be heard, in Courtroom 590, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, or whenever the Court shall designate, before the Honorable Victor B. Kenton, United States Magistrate Judge, Plaintiff shall move the Court pursuant to Federal Rule of Civil Procedure 37 and L.R. 37-2, to issue an Order compelling Defendants to (1) treat Interrogatories 1, 3, and 12 as single interrogatories or in the alternative provide leave for additional interrogatories, (b) provide a substantive response to Interrogatory No. 10, and (c) provide a substantive response to Interrogatory Nos. 15-17 as within the twenty-five interrogatory limit or in the alternative provide leave for additional interrogatories in order to obtain responses.

The accompanying motion is based on this Notice of Motion; the accompanying Joint Stipulation; the Declaration of Dawn M. David in support of Plaintiffs' Motion; the Declaration of Robert S. Mallin in support of Plaintiffs' Motion; the pleadings, papers, and any other documents filed in this action; and any additional authority or argument that may be presented in the form of a supplemental memorandum or at the hearing for this Motion.

Respectfully submitted,

Dated:  April 14, 2014            **MORRIS POLICH & PURDY LLP**

By: /s/ Gerald P. Schneeweis
    Gerald P. Schneeweis
    Megan S. Wynne
    Raina L. Richter

**BRINKS GILSON & LIONE**

Philip Jones
Robert S. Mallin
Andrew J. Avsec
Dawn M. David

PRO HAC VICE

Attorneys for Plaintiffs GRUPO BIMBO S.A.B. DE C.V.; and BARCEL USA, LLC