**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRUPO BIMBO, S.A. B. DE C.V.; and BARCEL USA, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SNAK-KING CORP.; and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST<br><br>Defendants.<br><br>AND ALL RELATED CROSS CLAIMS. | Case No**. CV13-02147 ABC (VBKx)**<br><br>Hon. Audrey B. Collins; Ctrm 680<br>Magistrate Judge Victor B. Kenton<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL INTERROGATORY RESPONSES**<br><br>Hearing Date: May 6, 2014<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom 590 |

# [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL INTERROGATORY RESPONSES

Upon and for the reasons set forth in the parties' Joint Stipulation Regarding Plaintiffs' Motion to Compel Interrogatory Responses, THE COURT ORDERS that Plaintiffs' Motion to Compel Interrogatory Responses is GRANTED, as follows:

Plaintiffs' Interrogatory Nos. 1, 3, and 12 are each a single interrogatory for purposes of the 25-interrogatory limit contained in Rule 33.

Defendant is ordered to provide a full and complete response to Plaintiffs' Interrogatory No. 10, without objection, within seven days of this order.

Defendant is ordered to provide a full and complete response to Plaintiffs' Interrogatory No. 15, without objection, within seven days of this order.

Defendant is ordered to provide a full and complete response to Plaintiffs' Interrogatory No. 16, without objection, within seven days of this order.

Defendant is ordered to provide a full and complete response to Plaintiffs' Interrogatory No. 17, without objection, within seven days of this order.

IT IS SO ORDERED.

DATED: _____     _____
                                          **Victor B. Kenton**
                                          **UNITED STATES MAGISTRATE JUDGE**