


ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRUPO BIMBO, S.A. B. DE C.V.; and BARCEL USA, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SNAK-KING CORP.; and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST<br><br>Defendants.<br><br>SNAK-KING CORP.; and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST,<br><br>Counterclaim-Plaintiffs,<br><br>vs.<br><br>GRUPO BIMBO, S.A.B. DE C.V.; and BARCEL USA, LLC,<br><br>Counterclaim-Defendants. | CASE NO. 13-CV-02147-AB (VBKx)<br><br>[PROPOSED] ORDER GRANTING JOINT APPLICATION OF PLAINTIFFS GRUPO BIMBO S.A.B. DE C.V. AND BARCEL USA, LLC AND DEFENDANTS SNAK-KING CORP. AND THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE TRUST FOR ORDER TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5.1<br><br>Hearing Date: December 9, 2014<br>Hearing Time: 10:00 a.m.<br>Location; Courtroom 590<br><br>Discovery Cut-Off: October 31, 2014<br>Pre-Trial Conf: June 8, 2015<br>Trial: June 30, 2015<br><br>Action Filed: March 25, 2013 |

### ORDER

Plaintiffs GRUPO BIMBO S.A.B. DE C.V. and BARCEL USA, LLC and defendants Snak-King Corp. and The Trustee of the Levin Family 2010 Irrevocable Trust (collectively, "the Parties") have filed an application to file the following

documents under seal pursuant to Local Rule 79-5.1 on the grounds that these documents are confidential and were produced in discovery by the parties and designated as confidential pursuant to a protective order entered by the Court.

WHEREAS there is good cause shown as set forth in the Parties' Application, the Court hereby GRANTS: "Joint Application of Plaintiffs Grupo Bimbo S.A.B. DE C.V. and Barcel USA, LLC and Defendants Snak-King Corp. and the Trustee of The Levin Family 2010 Irrevocable trust For Order to File Documents Under Seal Pursuant To Local Rule 79-5.1" specifically including the following documents:

1. **Exhibit 1 to the Declaration of Sean Sullivan Re: Joint Stipulation Regarding Plaintiffs' Motion to Compel Defendants' Production of Unredacted Documents ;**
2. **Exhibit 2 to the Declaration of Sean Sullivan Re: Joint Stipulation Regarding Plaintiffs' Motion to Compel Defendants' Production of Unredacted Documents;**
3. **Exhibit 3 to the Declaration of Sean Sullivan Re: Joint Stipulation Regarding Plaintiffs' Motion to Compel Defendants' Production of Unredacted Documents;**
4. **Exhibit 4 to the Declaration of Sean Sullivan Re: Joint Stipulation Regarding Plaintiffs' Motion to Compel Defendants' Production of Unredacted Documents;**
5. **Exhibit 7 to the Declaration of Jennifer Theis Re: Joint Stipulation Regarding Plaintiffs' Motion to Compel Defendants' Production of Unredacted Documents;**
6. **Exhibit 8 to the Declaration of Jennifer Theis Re: Joint Stipulation Regarding Plaintiffs' Motion to Compel Defendants' Production of Unredacted Documents;**

7. Exhibit 9 to the Declaration of Jennifer Theis Re: Joint Stipulation Regarding Plaintiffs' Motion to Compel Defendants' Production of Unredacted Documents;

8. Exhibit 10 to the Declaration of Jennifer Theis Re: Joint Stipulation Regarding Plaintiffs' Motion to Compel Defendants' Production of Unredacted Documents;

9. Exhibit 11 to the Declaration of Jennifer Theis Re: Joint Stipulation Regarding Plaintiffs' Motion to Compel Defendants' Production of Unredacted Documents;

10. Exhibit 12 to the Declaration of Jennifer Theis Re: Joint Stipulation Regarding Plaintiffs' Motion to Compel Defendants' Production of Unredacted Documents.

IT IS SO ORDERED.

Dated: 11/14/14

_____
Honorable Victor B. Kenton
United States District Court Judge

Respectfully Submitted By,

MORRIS POLICH & PURDY LLP

By: /s/ Raina L. Richter
    Gerald P. Schneeweis
    Donald L. Ridge
    Raina L. Richter

Philip Jones (Admitted *pro hac vice*)
Andrew J. Avsec (Admitted *pro hac vice*)
Dawn M. Davis (Admitted *pro hac vice*)
Robert S. Mallin (Admitted *pro hac vice*)
BRINKS GILSON & LIONE
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
Phone:(312) 321-4200
Fax:(312) 321-4299
Email:  pjones@brinksgilson.com
Email:  aavsec@brinksgilson.com

*Attorneys for Plaintiffs GRUPO BIMBO S.A.B. DE C.V.; and BARCEL USA, LLC*

**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL**