DAVIS WRIGHT TREMAINE LLP
Sean M. Sullivan (229104) (seansullivan@dwt.com)
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Tel:  (213) 633-6800     Fax:  (213) 633-6899

DAVIS WRIGHT TREMAINE LLP
Stuart R. Dunwoody (*Pro Hac Vice*) (stuartdunwoody@dwt.com)
Cindy L. Caditz (*Pro Hac Vice*) (cindycaditz@dwt.com)
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Tel:  (206) 622-3150     Fax:  (206) 757-7700

KLARQUIST SPARKMAN LLP
J. Christopher Carraway (*Pro Hac Vice*) (chris.carraway@klarquist.com)
Scott E. Davis (211349) (scott.davis@klarquist.com)
N. Andrew Sfeir (282336) (andy.sfeir@klarquist.com)
Todd M. Siegel (*Pro Hac Vice*) (todd.siegel@klarquist.com)
John D. Vandenberg (*Pro Hac Vice*) (john.vandenberg@klarquist.com)
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Tel:  (503) 595-5300     Fax:  (503) 595-5301

Attorneys for Defendants and Counterclaim-Plaintiffs
SNAK-KING CORP. and THE TRUSTEE OF THE
LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRUPO BIMBO, S.A. B. DE C.V.; and BARCEL USA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SNAK-KING CORP.; and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST,<br><br>Defendants. | CASE NO. 2:13-cv-02147-AB-VBK<br>Hon. Andre Birotte, Jr.<br>Ct Room 790<br><br>**DEFENDANTS' APPLICATION TO FILE DOCUMENT UNDER SEAL PURSUANT TO L.R. 79-5** |

DEFENDANTS' APPLICATION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO L.R. 79-5                                              1

1  SNAK-KING CORP.; and THE
2  TRUSTEE OF THE LEVIN FAMILY
3  2010 IRREVOCABLE GIFT TRUST,
4        Counterclaim-Plaintiffs,
5    v.
6  GRUPO BIMBO, S.A. B. DE C.V.; and
   BARCEL USA, LLC,
7        Counterclaim-Defendants.
8

9       TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

10       Pursuant to L.R. 79-5, Defendants Snak-King Corp and the Trustee of the Levin Family 2010 Irrevocable Trust ("Snak King") through their counsel, respectfully submit this application for an order permitting the filing under seal of the Declaration of Scott E. Davis attaching as Exhibit A the Deposition Transcript Excerpts of Roberto Cayetano Guzman Tello in Support of Defendants' Response to Plaintiffs' Markman Brief ("Davis Declaration"). The Davis Declaration and Exhibit A consists of deposition testimony that is in the interim designated as "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" pursuant to the terms of the Amended Stipulated Protective Order. (*See id.* ¶ 12.)

      Snak King submits this application pursuant to the terms of the Amended Stipulated Protective Order in this action. Snak King takes no position in this submission on whether the testimony that is contained in the Davis Declaration and the attached Exhibit A satisfies the requirements for sealing. It would be Plaintiffs' burden to show good cause for sealing their own information and testimony by submitting a declaration and briefing showing good cause, if the Court so requires.

| | |
|---|---|
| Dated:  November 14, 2014 | Respectfully submitted, |
| | |
| | KLARQUIST SPARKMAN, LLP |
| | |
| | By:   /s/*Scott E.Davis* |
| |     J. Christopher Carraway (*Pro Hac Vice*) |
| |     chris.carraway@klarquist.com |
| |     Scott E. Davis (CA Bar No. 211349) |
| |     scott.davis@klarquist.com |
| |     N. Andrew Sfeir (CA Bar No. 282336) |
| |     andy.sfeir@klarquist.com |
| |     Todd M. Siegel (*Pro Hac Vice*) |
| |     todd.siegel@klarquist.com |
| |     John D. Vandenberg (*Pro Hac Vice*) |
| |     john.vandenberg@klarquit.com |
| |     KLARQUIST SPARKMAN, LLP |
| |     121 S.W. Salmon Street, Suite 1600 |
| |     Portland, Oregon  97204 |
| |     Telephone:  (503) 595-5300 |
| |     Facsimile:  (503) 595-5301 |
| | |
| | Attorneys for Defendants and Counterclaim-Plaintiffs SNAK-KING CORP. and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST |