UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRUPO BIMBO, S.A. B. DE C.V.; and BARCEL USA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SNAK-KING CORP.; and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST,<br><br>Defendants.<br><br>SNAK-KING CORP.; and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>GRUPO BIMBO, S.A. B. DE C.V.; and BARCEL USA, LLC,<br><br>Counterclaim-Defendants. | CASE NO. 2:13-cv-02147-AB-VBK<br><br>Hon. Andre Birotte, Jr.<br><br>Ct Room 790<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO FILE DOCUMENT UNDER SEAL PURSUANT TO L.R. 79-5** |

The Court, having considered Defendants' Application to File Document Under Seal Pursuant to L.R. 79-5, and any submission filed in support of that Application,

**HEREBY ORDERS THAT**:

Based on the reasons set forth in Defendants' Application to File Under Seal Pursuant to LR 79-5, the Application is GRANTED. Defendants are permitted to file under seal the Declaration of Scott E. Davis attaching as Exhibit A the Deposition Transcript Excerpts of Roberto Cayetano Guzman Tello In Support of Defendants' Response to Plaintiff's Markman Brief and Exhibit A thereto.

Dated: _____, 2014          _____
                                     The Honorable André Birotte, Jr.

[Alternatively

Defendant's Application to file under seal the Declaration of Scott E. Davis attaching as Exhibit A the Deposition Transcript Excerpts of Roberto Cayetano Guzman Tello In Support of Defendants' Response to Plaintiff's Markman Brief and Exhibit A is DENIED.  Counsel shall publicly file the document(s), if the party wants the Court to consider the document(s).

The Clerk shall destroy the chambers copies of the documents.

Dated: _____, 2014          _____
                                     The Honorable André Birotte, Jr.]

ORDER GRANTING DEFENDANTS' APPLICATION
TO FILE DOCUMENT UNDER SEAL PURSUANT TO L.R. 79-5                    2

Prepared and submitted by:

By:   /s/*Scott E. Davis*
Scott E. Davis (211349)
J. Christopher Carraway (*Pro Hac Vice*)
N. Andrew Sfeir (282336)
John D. Vandenberg (*Pro Hac Vice*)
Todd M. Siegel (*Pro Hac Vice*)

KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

DAVIS WRIGHT TREMAINE LLP
Sean M. Sullivan (229104)
Stuart R. Dunwoody (*Pro Hac Vice*)
Cindy L. Caditz (*Pro Hac Vice*)

Attorneys for Defendants and Counterclaim-Plaintiffs
SNAK-KING CORP. and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST