Raina L. Richter (SBN 239357)
MORRIS POLICH & PURDY LLP
1055 W. 7th St., 24th Floor
Los Angeles, CA 90017
rrichter@mpplaw.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Grupo Bimbo, S.A.B. DE C.V.; and Barcel USA, LLC,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Snak-King Corp.; and the Trustee Of the Levin Family 2010 Irrevocable Gift Trust<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>13-cv-02147-AB (VBKx)<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  **(List Documents)**

SEE ADDENDUM ATTACHED.

**Reason:**

[✓] Under Seal and/or In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Electronic versions are not available to filer
[ ] Per Court order dated: _____
[ ] Administrative Record
[ ] Other:

December 9, 2014
Date

/s/ Raina L. Richter
Attorney Name

Grupo Bimbo S.A. DE C.V., et al.
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

## ADDENDUM TO NOTICE OF MANUAL FILING

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Grupo Bimbo, et al. v. Snak-King, et al.
Case No. 13-cv-02147-AB (VBKx)

1. JOINT APPLICATION OF PLAINTIFFS GRUPO BIMBO S.A.B. DE C.V. AND BARCEL USA, LLC AND DEFENDANTS SNAK-KING CORP. AND THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE TRUST FOR ORDER TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5.1

2. [PROPOSED] ORDER GRANTING JOINT APPLICATION OF PLAINTIFFS GRUPO BIMBO S.A.B. DE C.V. AND BARCEL USA, LLC AND DEFENDANTS SNAK-KING CORP. AND THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE TRUST FOR ORDER TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5.1

3. DECLARATION OF JENNIFER THEIS RE: JOINT STIPULATION ON PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS

4. DECLARATION OF CINDY L. CADITZ RE: JOINT STIPULATION ON PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS

5. DECLARATION OF SEAN M. SULLIVAN RE: JOINT STIPULATION ON PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS