Gerald P. Schneeweis, SBN 101331 (gschneeweis@mpplaw.com)
**MORRIS POLICH & PURDY LLP**
600 West Broadway, Suite 500
San Diego, California 92101
Telephone: (619) 557-0404 / Facsimile: (619) 557-0460

Donald L. Ridge, SBN 132171 (dridge@mpplaw.com)
Raina L. Richter, SBN 239357 (rrichter@mpplaw.com)
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street
Twenty-Fourth Floor
Los Angeles, California 90017
Telephone: (213) 891-9100 / Facsimile: (213) 488-1178

Philip Jones (pjones@brinksgilson.com) (*Pro Hac Vice*)
Robert S. Mallin (rmallin@brinksgilson.com) (*Pro Hac Vice*)
Manish K. Mehta (mmehta@brinksgilson.com) (*Pro Hac Vice*)
Andrew J. Avsec (aavsec@brinksgilson.com) (*Pro Hac Vice*)
Dawn M. David (ddavid@brinksgilson.com) (*Pro Hac Vice*)
**BRINKS GILSON & LIONE**
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200 / Facsimile: (312) 321-4299

*Attorneys for Plaintiffs GRUPO BIMBO S.A.B. DE C.V.; and BARCEL USA, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRUPO BIMBO, S.A. B. DE C.V.; and BARCEL USA, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> SNAK-KING CORP.; and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST <br><br> Defendants. <br><br> AND ALL RELATED CROSS CLAIMS. | CASE NO. CV 13-2147 AB (VBKx) <br> Hon. André Birotte, Jr. <br> Magistrate Judge Victor B. Kenton <br><br> DISCOVERY MOTION <br><br> **PLAINTIFFS' NOTICE OF MOTION TO COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS** <br><br> Hearing Date: December 30, 2014 <br> Hearing Time: 10:00 a.m. <br> Location; Courtroom 590 <br><br> Discovery Cut-Off: October 31, 2014 <br> Pre-Trial Conf: June 8, 2015 <br> Trial: June 30, 2015 <br><br> Action Filed:   March 25, 2014 |

1  **PLEASE TAKE NOTICE** that, on Tuesday, December 30, 2014 at 10:00 a.m. or as soon thereafter that counsel may be heard, in Courtroom 590, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, or whenever the Court shall designate, before the Honorable Victor B. Kenton, United States Magistrate Judge, Plaintiffs GRUPO BIMBO S.A.B. DE C.V. and BARCEL USA, LLC ("Plaintiffs") shall move the Court pursuant to Federal Rule of Civil Procedure 37 and L.R. 37-2, to issue an Order compelling Defendants Snak-King Corp. and The Trustee of the Levin Family 2010 Irrevocable Trust ("Defendants") to produce two documents currently listed on Defendants' privilege log.

This motion is based on this Notice of Motion; the accompanying Joint Stipulation; the Declaration of Jennifer Theis in support of Plaintiffs' Motion; the pleadings, papers, and any other documents filed in this action; and any additional authority or argument that may be presented in the form of a supplemental memorandum or at the hearing for this Motion.

Dated:  December 9, 2014                     Respectfully submitted,

**MORRIS POLICH & PURDY LLP**


By:  /s/ Raina L. Richter
    Gerald P. Schneeweis
    Donald L. Ridge
    Raina L. Richter

**BRINKS GILSON & LIONE**

Philip Jones
Robert S. Mallin
Manish K. Mehta
Andrew J. Avsec
Dawn M. David

PRO HAC VICE

Attorneys for Plaintiffs GRUPO BIMBO S.A.B. DE C.V.; and BARCEL USA, LLC