DAVIS WRIGHT TREMAINE LLP
Sean M. Sullivan (229104) (seansullivan@dwt.com)
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Tel: (213) 633-6800    Fax: (213) 633-6899

DAVIS WRIGHT TREMAINE LLP
Cindy L. Caditz (*Pro Hac Vice*) (cindycaditz@dwt.com)
Stuart R. Dunwoody (*Pro Hac Vice*) (stuartdunwoody@dwt.com)
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Tel: (206) 622-3150    Fax: (206) 757-7700

KLARQUIST SPARKMAN LLP
J. Christopher Carraway (*Pro Hac Vice*) (chris.carraway@klarquist.com)
Scott E. Davis (211349) (scott.davis@klarquist.com)
N. Andrew Sfeir (282336) (andrew.sfeir@klarquist.com)
Todd M. Siegel (*Pro Hac Vice*) (todd.siegel@klarquist.com)
John D. Vandenberg (*Pro Hac Vice*) (john.vandenberg@klarquit.com)
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Tel: (503) 595-5300    Fax: (503) 595-5301

Attorneys for Defendants and Counterclaim-Plaintiffs
SNAK-KING CORP. and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CENTRAL DIVISION

| | |
|---|---|
| GRUPO BIMBO, S.A. B. DE C.V.; and BARCEL USA, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SNAK-KING CORP.; and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST,<br><br>Defendants. | Case No. 2:13-cv-02147-AB-(VBKx)<br><br>Hon. André Birotte, Jr.<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY WITHIN SCOPE OF PRIVILEGE WAIVER<br><br>Action Filed March 25, 2013 |
| SNAK-KING CORP.; and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST,<br><br>Counterclaim-Plaintiffs,<br><br>vs.<br><br>GRUPO BIMBO, S.A. B. DE C.V.; and BARCEL USA, LLC,<br><br>Counterclaim-Defendants. | |

Defendants' Snak King Corp. and The Trustee of the Levin Family 2010 Irrevocable Trust ("Defendants") have filed a notice of motion and joint stipulation to compel Plaintiffs GRUPO BIMBO S.A.B. DE C.V. and BARCEL USA, LLC ("Plaintiffs") to provide discovery within the scope of privilege waiver.

Having reviewed and considered the papers filed in support and opposition thereto and

Good cause appearing therefor, Defendants' motion is granted as follows: Plaintiffs shall within the time allowed by the Court's Scheduling Orders

1. Produce all responsive documents and information within their possession, custody or control within the Scope of Waiver, defined as documents and communications relating to:

    a. legal advice that was received from Bimbo's counsel and disclosed to PepsiCo, Sabritas or Frito-Lay,

    b. advice sought or obtained from any counsel since 2011 relating to including quality control provisions in a trademark license,

    c. advice sought or obtained from any counsel at any time relating to whether the 2011 PepsiCo Agreement

        i. contains quality control provisions or otherwise protects the validity or enforceability of any U.S. trademark rights,

        ii. qualifies as a license under U.S. law, or

        iii. would be lawful under U.S. antitrust law in conjunction with a separate U.S. trademark license agreement to PepsiCo.

2. Produce Ms. Landeros for a deposition on all information within the Scope of Waiver, and pay reasonable fees and costs for re-

taking that deposition;

3. Permit inquiry at depositions of White & Case and attorney Noah Brumfield into all information within the Scope of Waiver;

4. Inform the law firm of White & Case that Plaintiffs may not assert privilege or other immunity as a basis to withhold from production any documents within the Scope of Waiver and responsive to Defendants' subpoenas; and

5. Produce, or consent to the production of, all non-privileged documents on the White & Case privilege log, including those within the Scope of Waiver.

**IT IS SO ORDERED.**

Dated: /2-22-2014

_____
Honorable Victor B. Kenton
United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY WITHIN SCOPE OF PRIVILEGE WAIVER

3