```
 1  DAVIS WRIGHT TREMAINE LLP
    Sean M. Sullivan (229104) (seansullivan@dwt.com)
 2  865 S. Figueroa Street, Suite 2400
    Los Angeles, California 90017-2566
 3  Tel:  (213) 633-6800      Fax:  (213) 633-6899

 4  DAVIS WRIGHT TREMAINE LLP
    Cindy L. Caditz (Pro Hac Vice) (cindycaditz@dwt.com)
 5  Stuart R. Dunwoody (Pro Hac Vice) (stuartdunwoody@dwt.com)
    1201 Third Avenue, Suite 2200
 6  Seattle, Washington 98101-3045
    Tel:  (206) 622-3150      Fax:  (206) 757-7700
 7
    KLARQUIST SPARKMAN LLP
 8  J. Christopher Carraway (Pro Hac Vice) (chris.carraway@klarquist.com)
    Scott E. Davis (211349) (scott.davis@klarquist.com)
 9  N. Andrew Sfeir (282336) (andrew.sfeir@klarquist.com)
    Todd M. Siegel (Pro Hac Vice) (todd.siegel@klarquist.com)
10  John D. Vandenberg (Pro Hac Vice) (john.vandenberg@klarquit.com)
    KLARQUIST SPARKMAN, LLP
11  121 S.W. Salmon Street, Suite 1600
    Portland, Oregon  97204
12  Tel:  (503) 595-5300      Fax:  (503) 595-5301

13  Attorneys for Defendants and Counterclaim-Plaintiffs
    SNAK-KING CORP. and THE TRUSTEE OF THE LEVIN
14  FAMILY 2010 IRREVOCABLE GIFT TRUST
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CENTRAL DIVISION

| | |
|---|---|
| GRUPO BIMBO, S.A. B. DE C.V.; and BARCEL USA, LLC, <br><br>  Plaintiffs, <br><br> vs. <br><br> SNAK-KING CORP.; and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST, <br><br> Defendants. | Case No. 2:13-cv-02147-AB-(VBKx) <br><br> Hon. Victor B. Kenton <br><br> **[PROPOSED] ORDER GRANTING JOINT APPLICATION OF PLAINTIFFS GRUPO BIMBO S.A.B. DE C.V. AND BARCEL USA, LLC AND DEFENDANTS SNAK-KING CORP. AND THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE TRUST FOR ORDER TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5.1** <br><br> Action Filed March 25, 2013 |
| SNAK-KING CORP.; and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST, <br><br> Counterclaim-Plaintiffs, <br><br> vs. <br><br> GRUPO BIMBO, S.A. B. DE C.V.; and BARCEL USA, LLC, <br><br> Counterclaim-Defendants. | |

# ORDER

Plaintiffs GRUPO BIMBO S.A.B. DE C.V. and BARCEL USA, LLC and defendants Snak-King Corp. and The Trustee of the Levin Family 2010 Irrevocable Trust (collectively, "the Parties") have filed an application to file the following documents under seal pursuant to Local Rule 79-5 .1 on the grounds that these documents are confidential and were produced in discovery by the parties and designated as "Confidential", "Highly Confidential" and/or "Highly Confidential Outside Counsel Only" pursuant to a protective order entered by the Court or designated as privileged by the parties.

WHEREAS there is good cause shown as set forth in the Parties' Application, the Court hereby GRANTS: "Joint Application of Plaintiffs GRUPO BIMBO S.A.B. DE C.V. and BARCEL USA, LLC, and Defendants Snak-King Corp. and The Trustee of The Levin Family 2010 Irrevocable trust For Order to File Documents Under Seal Pursuant To Local Rule 79-5.1" specifically including the following documents:

1. Joint Stipulation Regarding Defendants' Motion to Compel Discovery Within Scope of Privilege Waiver, including supporting Exhibits thereto;
2. Declaration of Martha Cardenas Landeros in Opposition to Defendants' Motion to Compel Discovery Within Scope of Privilege Waiver and Exhibits thereto;
3. Declaration of Noah A. Brumfield in Opposition to Defendants' Motion to Compel Discovery Within Scope of Privilege Waiver and Exhibit thereto;
4. Plaintiffs' Exhibit 3 in Opposition to Defendants' Motion to Compel Discovery Within Scope of Privilege Waiver;

5. Declaration of John T. Gabrielides in Opposition to Defendants' Motion to Compel Discovery Within Scope of Privilege Waiver and Exhibits thereto;

6. Declaration of Jennifer Theis in Opposition to Defendants' Motion to Compel Discovery Within Scope of Privilege Waiver and Exhibit thereto; and

7. Declaration of Scott E. Davis in Support of Defendants' Motion to Compel Discovery Within Scope of Privilege Waiver and Exhibits thereto.

DATED: December 23, 2014 _____/s/_____
Honorable Victor B. Kenton
United States Magistrate Judge