JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRUPO BIMBO, S.A. B. DE C.V.; and BARCEL USA, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>SNAK-KING CORP.; and THE TRUSTEE OF THE LEVIN FAMILY 2010 IRREVOCABLE GIFT TRUST<br><br>    Defendants. | CASE NO. 13-CV-02147-AB (VBKx)<br><br>**[~~PROPOSED~~] ORDER DISMISSING ACTION** |
| AND ALL RELATED CROSS CLAIMS. | |

## [~~PROPOSED~~] ORDER DISMISSING ACTION

Upon and for the reasons set forth in the parties' Joint Stipulation Of Dismissal, and finding good cause exists therefor, THE COURT ORDERS that:

(1) Plaintiffs' Claims in the First Amended Complaint are dismissed with prejudice;

(2) Defendants' Counterclaims 2 and 3 in Defendants' Answer to First Amended Complaint and Counterclaim are dismissed with prejudice;

(3) Defendants' Counterclaims 1, 4 and 5 in Defendants' Answer to First Amended Complaint and Counterclaim are dismissed without prejudice; and

(4) The Court retains jurisdiction for purposes of enforcing the settlement agreement between the parties.

(5) Each party will bear its own attorney fees and costs.

**IT IS SO ORDERED.**

Dated: April 13, 2015      _____

HON. ANDRÉ BIROTTE JR.
U.S. DISTRICT COURT JUDGE